## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **JOANNE MARIE DREW,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SOCIAL SECURITY ADMINISTRA-** )<br>**TION COMMISSIONER,** )<br>)<br>**Defendant** ) | No.   1:11-cv-240-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 16) filed April 27, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 15th day of May, 2012.