# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **JOANNE MARIE DREW,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | No.  1:11-cv-240-GZS |
| ) | |
| **SOCIAL SECURITY ADMINISTRA-** ) | |
| **TION COMMISSIONER,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 16) filed April 27, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

    /s/ George Z. Singal
United States District Judge

Dated this 15th day of May, 2012.